AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
| v. | ) |
| Davarious O. Mitchell, | ) Case No. |
| | )   23-MJ-6233-Strauss |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

**FILED BY ___AT___ D.C.**

**May 23, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   Jan. 23, 2023 through May 22, 2023   in the county of   Broward   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. section 846 | Conspiracy to Possess With the Intent to Distribute a Controlled Substance |
| 21 U.S.C. section 952 | Importation of a Controlled Substance into the United States |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Annie Ferguson, DHS/HSI Special Agent
*Printed name and title*

Sworn to and subscribed before me telephonically.

Date: May 23, 2023

*Judge's signature*

City and state:   Fort Lauderdale, Florida         Jared M. Strauss, United States Magistrate Judge
*Printed name and title*

AFFIDAVIT

I, Annie P. Ferguson, being duly sworn, depose and state as follows:

1. I am a Special Agent of the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since July of 2022. I am currently assigned to the Fort Lauderdale Airport Transportation Conspiracy Unit (TCU) of the High Intensity Drug Trafficking Area (HIDTA) of South Florida. HIDTA is an investigative entity that is comprised of law enforcement officers from various federal, state, and local law enforcement agencies who work together in a cooperative relationship where the primary focus is on narcotics smuggling investigations. As a Special Agent with HSI, my duties and responsibilities include enforcing criminal and administrative immigration and customs laws of the United States. I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 31, 18, and 21 of the United States Code.

2. As a Special Agent with HSI, I have participated in numerous narcotics investigations involving physical and electronic surveillance, the execution of search and arrest warrants, and the smuggling of narcotics and illicit proceeds. Based on my training and experience, I am familiar with the methods and practices of criminal organizations and their operations, including the use of narcotics couriers entering the United States and international shipping methods to transport illicit proceeds from the United States to foreign countries.

3. I make this affidavit in support of a criminal complaint charging Davarious O. MITCHELL (MITCHELL) with knowingly and willfully importing a controlled substance into the United States, in violation of Title 21, United States Code, Section 952, and conspiracy to possess with the intent to distribute a controlled substance, in violation of Title 21, United States

1

Code, Section 846.

4. The information contained in this affidavit is based upon my own personal knowledge and my review of documents and records gathered during the course of this investigation, as well as information obtained, directly or indirectly, from other sources and agents, including information provided to me by other agents and employees who are involved in the investigation. I have not included in this Affidavit each fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause in support of the criminal complaint.

## FACTUAL BASIS FOR PROBABLE CAUSE

5. On or about May 22, 2023, HSI Special Agents received notification from United States Customs and Border Protection (CBP) that MITCHELL arrived at Fort Lauderdale/Hollywood International Airport from Barranquilla, Colombia on board Spirit flight #239 and was found to be in possession of a controlled substance.

6. CBP Officers assigned to the Port Enforcement Roving Team encountered MITCHELL while he was waiting in line for secondary inspection, which he had been referred to for having an active NCIC protection order. CBP Officers conducted an inspection of MITCHELL and received a negative binding customs declaration. MITCHELL claimed ownership of all belongings and contents within both bags in his possession and stated that he packed the bags himself.

7. CBP Officers conducted an X-ray inspection of MITCHELL's duffle bag and hard-sided suitcase, which revealed anomalies in the image of the suitcase. During the physical inspection of the suitcase, CBP officers discovered six "Kirkland" branded vitamin bottles

2

within the bags. While handling the bottles, CBP Officers noticed all six bottles were resealed over the original factory seal in an effort to conceal narcotics.

8. CBP Officers opened the bottle labeled "Fish Oil 1000mg" which revealed oval-shaped pills, white in color, imprinted with "M367." The CBP Officers recognized the pills in the bottle were in-fact Hydrocodone pills, a schedule II narcotic controlled substance. Upon inspection, all six vitamin bottles contained the same "M367" pills, despite the actual vitamins listed on the labels. Drugs.com was used to identify the pills, which confirmed them to be Acetaminophen 325mg / Hydrocodone Bitartrate 10mg. The total weight of the Hydrocodone was approximately 4.275 kilograms.

9. Pursuant to a border search, CBP Officers matched the identity of the pills in the bottles to images and texts in MITCHELL's iPhone 13 Pro Max mobile device. The images of the boxes on MITCHELL's mobile device identify the pills seized as "Sinalgen Max 10mg / 325mg." CBP Officers recognized the brand from recent prior seizures at the Fort Lauderdale International Airport originating in Colombia.

10. MITCHELL's mobile device revealed that as of January 23, 2023, MITCHELL maintained a WhatsApp conversation with "Jhan Farmacia" in Colombia regarding purchases of various pills. Photo images within the conversation include Colombian pharmacy receipts, invoices in Colombian pesos, boxes of Sinalgen Max (Hydrocodone), boxes of Endol (Oxycontin), boxes of Alprazolam (Xanax), boxes of Targin (Chloride Oxycontin), and the storefront of ATIK CENTRO DE MODA commercial center in Barranquilla, Colombia. Within the text messages, "Jhan Farmacia" informed MITCHELL that he was not going to take the pills out of the boxes until he was paid fifty (50) percent up front.

11. HSI Special Agents were contacted and responded to the airport. After being advised of and waiving his *Miranda* rights, MITCHELL confirmed knowledge of the hydrocodone. MITCHELL stated that he believed if he was caught, CBP would "dump out the pills" and he would receive a slap on the wrist. MITCHELL confirmed crossing an international border into the United States with the narcotics. MITCHELL stated that he is self-employed and owns a used car lot called Hall of Fame Motors in Bryant, Arkansas.

12. After the interview, MITCHELL invoked his *Miranda* rights and refused to reveal any information about the origin or destination of the narcotics or person(s) involved.

13. WHEREFORE, based on the foregoing, your Affiant submits that there is probable cause to believe that on May 22, 2023, MITCHELL committed the offenses of knowingly and willfully importing a controlled substance into the United States in violation of Title 21, United States Code, Section 952, and conspiracy to possess with the intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Annie P. Ferguson
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me
via Facetime this __23rd__ day of May, 2023.

_____
JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE